```
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                                  FEB 19 2008

                                            CENTRAL DISTRICT OF CALIFORNIA
                                            BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY HOOVER, | ) Case No. EDCV 08-0207-VAP(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| W.J. SULLIVAN, WARDEN, ET AL., | ) |
| Respondents. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: February 19, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0207.jud
2/15/08